30 mins

# CRIMINAL CAUSE FOR VIOLATION OF ~~PROBATION~~/SUPERVISED RELEASE

BEFORE JUDGE _Weinstein_ DATE: _5/31/18_ TIME _10:30 am_

DOCKET NUMBER _CR 15-382_ TITLE: U.S.A. -v- _Lambus_

Defendant Name _Tyran Trotter_ Deft. # _____

___✓___ Present _____ Not Present _____ In Custody _____ On Bail

Attorney for Defendant _Jeremy Schneider_
___✓___ Present _____ Not Present
_____ C.J.A. _____ Retained _____ L.A.S.

ASST. U.S. ATTORNEY: _L. Elbert_ DEPUTY CLERK: _J. Lowe_

COURT REPORTER: _S. Nolan_ ESR OPERATOR _____

INTERPRETER: _____ OTHER: _____

___✓___ Case called. ___✓___ Evidentiary hearing held.

_____ Hearing adjourned to _____ at _____

_____ GUILTY- Defendant advised of rights, enters guilty plea and is found GUILTY by the Court.

_____ NOT GUILTY- Defendant advised of rights, enters NOT GUILTY plea, and is found NOT GUILTY by the Court.

_____ Deft. is reinstated to probation. Probation is continued until _____

_____ Probation REVOKED and set aside

_____ SENTENCING set for _____ at _____

___✓___ Defendant sentenced: _For the reasons stated orally on the record, the deft. is discharged from supervised release as unrehabilitated._